IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS J. JACOBS, III,

                                   ORDER

              Plaintiff,

                                10-cv-140-bbc

     v.

PRISON RECORD DEPT.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Chris Jacobs, III, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was submitted on March 12, 2010. His trust fund account statement should cover the six-month period beginning approximately September 10, 2009 and ending approximately March 11, 2010. Once plaintiff has submitted the necessary statements, I will calculate his initial partial payment and advise him of the amount he will

1

have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until April 9, 2010, in which to submit a trust fund account statement for the period beginning September 10, 2009 and ending March 11, 2010. If, by April 9, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 18th day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2