IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-140-bbc

PRISON RECORD DEPT.,

    Defendant.

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case for lack of subject matter jurisdiction.

_____    5/7/10
Peter Oppeneer, Clerk of Court    Date